VANDER SHIVER, *Plaintiff in Error,* vs. THE STATE OF
FLORIDA, *Defendant in Error.*
138 So. 502.
Division A.
Opinion filed December 11, 1931.

*H. V. McClellan,* for Plaintiff in Error;

*Cary D. Landis,* Atty. Gen. and *Roy Campbell,* Asst. for
Defendant in Error.

BUFORD, C.J.—This case comes on writ of error to the
Circuit Court of Calhoun County wherein the plaintiff in
error was convicted of the larceny of a cow.

The assignment of error attack the sufficiency of the
evidence to sustain the verdict and judgment. The prin-
cipal contention is that the ownership of the property in
Suggs as laid in the indictment was not proven.

This Court has repeatedly held that where an indict-
ment lays the ownership of stolen property in a particular
person and it is shown that the particular person was in the
lawful custody of the property and entitled to its posses-
sion, there is no material variance between the allegations
and proof. See Parker vs. State, 75 Fla. 541, 78 Sou. 980;
Mathews vs. State, 85 Fla. 194, 95 Sou. 609, and cases
there cited.

It appears that the defendant attempted to defend on
the trial upon the theory that Suggs, the alleged owner,
had given him, defendant, permission to sell and dispose
of the cow in question and he testified to such a state of
facts. Suggs denied the existence of any such facts. The

jury evidently believed Suggs and resolved that a conflict in the testimony against the defendant, in which action the jury was within its proper evidence.

No reversible error appearing in the record, the judgment should be affirmed and it is so ordered.

Affirmed.

ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.